

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY, DC & NJ BAR

FEDERAL APPELLATE &
DISTRICT COURT MEMBERSHIP
2nd Circuit,
EDNY, NDNY, SDNY, NDIL, & DNJ

90 Broad Street, 2nd Floor
New York, NY 10004

June 6, 2025

**Sent via e-Courts**:
Hon. Jennifer H. Rearden, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

      **Re**: *Kirk Burrowes v. Janice Smalls* et al.
      Case No.: 1:25-cv-01618 (JHR)
      **Letter-Motion To File Redacted Document**

Dear Judge Rearden:

  According to Rule 9(C)(iii) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff Kirk Burrowes respectfully requests leave to file a redacted version of his proof of domicile in connection with his response to the Court's Order to Show Cause dated May 30, 2025.

  Although it is not outlined in the Complaint as it is not relevant to this Cause of action, Mr. Burrowes was previously threatened with death by Paul "Uncle Paulie" Offord—an associate of Defendant Sean Combs. These threats were made in connection with efforts to silence Mr. Burrowes from speaking out against Mr. Combs' conduct.

  Recent testimony in the ongoing federal criminal proceedings against Mr. Combs, currently pending in the Southern District of New York, has amplified Mr. Burrowes' fears. A witness, Ms. Clark, testified that Mr. Combs forced her to submit to a polygraph test and that Mr. Offord stated she would be "floating in the Hudson River" if she failed. Upon information and belief, Mr. Offord continues to work for Mr. Combs.

  Given the history of threats and ongoing violent rhetoric from Mr. Combs' associates, public disclosure of Mr. Burrowes' address presents a serious safety risk to him and his household. Defendant Janice Smalls—Mr. Combs' mother and a named party in this action—have been present at the courthouse nearly every day, and Mr. Combs recently offered her Miami property as bail collateral in his criminal case.



347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com



## T. A. Blackburn Law

    Accordingly, Plaintiff seeks leave to file a redacted proof of domicile on the public docket and submit the unredacted version to Chambers via email, consistent with Rule 9(C)(iii). This request is narrowly tailored to serve the compelling interest of preserving Mr. Burrowes' physical safety and is consistent with the presumption of public access to judicial documents.

    We thank the Court for its consideration.

Respectfully Submitted,

/s/*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Application DENIED without prejudice to renewal.  Pursuant to Rule 9.C of this Court's Individual Rules and Practices in Civil Cases, "[a]ny party seeking to file a document . . . in redacted form shall . . . file under seal on ECF (with the appropriate level of restriction) . . . an unredacted copy of the document with the . . . redactions highlighted."  Rule 9.C.

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

*Jennifer H. Rearden* (signature)
Jennifer H. Rearden, U.S.D.J.
Dated: November 12, 2025

