UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRK BURROWES,

                                    Plaintiff,

                    -v.-

JANICE SMALLS et al.,

                                    Defendants.

25 Civ. 1618 (JHR)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:
All such motions: _____

☐ General Pretrial & Dispositive Motions (all purposes except trial)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: July 13, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge