UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRK BURROWES,                          :
                                        :
                    Plaintiff,          :         25-CV-1618 (JHR) (RWL)
                                        :
        - against -                     :
                                        :         **ORDER**
JANICE SMALLS, et al.,                  :
                                        :
                    Defendants.         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for general pretrial purposes. Pending before the Court is Defendant's request to strike Plaintiff's belatedly filed Amended Complaint. (Dkt. 18; see also Dkts. 20, 22, 23, 24.) The Court agrees with Defendant that Plaintiff did not adhere to either the Court's orders or local rules for filing of an Amended Complaint. That said, the Court invited an Amended Complaint (albeit by a date certain with which Plaintiff failed to comply), and considering Federal Rule of Civil Procedure 15(a) as well as concerns for avoiding potentially duplicative motion practice (i.e., a new motion for leave, followed by a motion to dismiss if leave allowed), the Court accepts the First Amended Complaint. By **July 23, 2026**, Defendant shall file a letter indicating whether Defendant intends to answer, stand on its existing motion to dismiss, or file a new motion to dismiss.

If Defendant opts to file a new motion to dismiss, Defendant shall do so by **August 17, 2028**; Plaintiff shall respond by **September 16, 2026**; and Defendant shall reply by **September 30, 2026**.

If Defendant opts to stand on its pending motion to dismiss, Plaintiff shall file any opposition by **July 30, 2026**; and Defendant shall reply by **August 13, 2026**.

1

**Plaintiff is on notice that failure to comply with any future Court deadlines or other rules or orders may result in sanctions, including dismissal of the case.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 16, 2026
       New York, New York

Copies transmitted this date to all counsel of record.