UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRK BURROWES, Plaintiff, -v.- JANICE SMALLS, et al., Defendants. | 25 Civ. 1618 (JHR) ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Kirk Burrowes brought this action on February 26, 2025. *See* ECF No. 1. On August 8, 2025, Defendant Janice Smalls moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6). *See* ECF No. 12. On November 7, 2025, Plaintiff filed an amended complaint. *See* ECF No. 21; *see also* ECF No. 27 (accepting Plaintiff's late-filed Amended Complaint). On August 31, 2026, Defendant moved to dismiss Plaintiff's amended complaint. *See* ECF No. 34. Accordingly, Defendant's motion to dismiss the original complaint is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

Dated: September 15, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge